**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 25 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          No. 15-CR-4268 JB

LEONARD LUJAN,

Defendant.

## ORDER VACATING AND CONTINUING SENTENCING HEARING

THIS MATTER, having come before the Court upon the Defendant Leonard Lujan's *Motion to Continue Sentencing Hearing*, the Court noting counsel for the Government, AUSA Maria Armijo, does not oppose, now finds the *Motion* is well taken and should be granted.  Now therefore:

IT IS HEREBY ORDERED, Defendant Leonard Lujan's sentencing hearing currently set for October 23, 2019 is vacated; and

IT IS HEREBY ORDERED, Defendant Leonard Lujan's sentencing hearing will be continued and reset at the request of the parties.

_____
UNITED STATES DISTRICT JUDGE